UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br>            Plaintiff.<br>   v.<br>JOHN F. BESSOLO, et al.,<br>            Defendants. | Case No. 19-cv-01393-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for March 17, 2023 at 2:00 PM by Zoom video (dkt. no. 42), before this Court in the above-entitled case. In advance of the case management conference, Plaintiff filed a unilateral case management conference statement that appeared to have nothing to do with the current posture of this case. In particular, there is no mention of the fact that Plaintiff accepted an offer of judgment from Defendants pursuant to Fed. R. Civ. P. 68(a) in 2020, that judgment has been entered and that one of the defendants is deceased, as was acknowledged by Plaintiff in the parties' December 16, 2022 joint status report. Despite filing a case management statement stating, without explanation, that Plaintiff "anticipates filing a motion for partial summary judgment on the issue of duty and liability under the ADA and the Unruh Civil Rights Act" after taking the "necessary depositions," Plaintiff failed to appear at the March 17, 2023 case management conference.

IT IS HEREBY ORDERED that Plaintiff shall show cause why the Court should not impose sanctions on Plaintiff and/or Plaintiff's counsel for filing a confusing and misleading case management conference statement and failing to appear at the case management conference on March 17, 2023, including awarding attorney fees of defense counsel for time spent preparing for and appearing at the Case Management Conference; and why Plaintiff's counsel should not be

referred to the State Bar or other disciplinary authority in light of counsel's apparent lack of diligence and disregard for the Court's and opposing counsel's time and energy.  Plaintiff shall file a response to this Order no later than **March 27, 2023**.

IT IS SO ORDERED.

Dated:  March 20, 2023

JOSEPH C. SPERO
United States Magistrate Judge