UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN F. BESSOLO, et al.,<br><br>        Defendants. | Case No. 19-cv-01393-JCS<br><br>**ORDER RE ORDER TO SHOW CAUSE** |

       Plaintiff has filed declarations of attorneys Prathima Price and Krista Hemming in response to the Court's Order to Show Cause (dkt. no. 46). The Court finds that Plaintiff's failure to appear at the March 17, 2023 Case Management Conference was the result of calendaring errors by both attorneys. Plaintiff's misleading Case Management Statement appears to be partially due to a staffing policy on the part of Center for Disability Access, the firm that represents Plaintiff, that entrusted the filing of the statement to an attorney (Ms. Hemming) who had no previous involvement in the case. Ms. Hemming also attributes her mistaken understanding of the posture of the case to the fact that defense counsel did not show up at a scheduled meet and confer but fails to explain why she apparently did not conduct even a basic review of the docket, which would have revealed this information to her.

       Notwithstanding the lack of diligence shown by both attorneys, the Court expunges the Order to Show Cause and declines to award sanctions on this occasion because the inconvenience to defense counsel – who appeared remotely for approximately 10 minutes at the scheduled case management conference – was relatively minimal and Plaintiff's counsel does not appear to have

acted in bad faith.  Nonetheless, the Court cautions Plaintiff that any further conduct of this nature in this case may result in sanctions, including monetary sanctions, or referral to appropriate disciplinary bodies.

**IT IS SO ORDERED.**

Dated:  March 28, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge